STATE OF CONNECTICUT *v.* NUNZIO PARENTE
(10019)

NORCOTT, LAVERY and HEIMAN, Js.

Argued January 7—decision released January 28, 1992

*Milo J. Altschuler,* for the appellant (defendant).

*Carolyn K. Longstreth,* assistant state's attorney, with whom were *Francis McQuade,* assistant state's attorney, and, on the brief, *Mary Galvin,* state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.